450 A.2d 218

Commonwealth v. Acevedo, Appellant.

Argued April 15, 1980.
Chester B. Scholl, Jr., for appellant; Harry A. Penich, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

450 A.2d 218

Commonwealth v. Allamena, Appellant.

Submitted March 30, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.